## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

MARIA L. NIPPER,

        Plaintiff,

v.                                     CIVIL ACTION NO.  2:05-cv-00717

VERIZON SERVICES CORP.,

        Defendant.

### MEMORANDUM OPINION AND ORDER

Pending before the court is the plaintiff Maria Nipper's motion to remand [Docket 6].  The court cannot address the motion to remand because the complaint, on its face, fails to identify the plaintiff's state law claims.  The court **ORDERS** the plaintiff to file a brief clarifying her claims.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                         ENTER:       December 22, 2005

                         JOSEPH R. GOODWIN
                         UNITED STATES DISTRICT JUDGE